# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

OLD CA, INC.,

       Plaintiff,

v.                                                                          Case No.      06-11178

CODE SYSTEMS, INC., and AUDIOVOX                      Honorable Arthur J. Tarnow
ELECTRONICS CORP.,

       Defendants.

_____/

### ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION FOR SUMMARY JUDGMENT [20]

Before the court is defendants' motion for summary judgment. This matter came on for a hearing on May, 30, 2008.

For the reasons stated on the records, the motion is GRANTED IN PART as to the claim for damages for plaintiff's share of Code Systems' profits under the debenture. But the motion is DENIED IN PART as to plaintiff's claim for damages arising from defendants' untimely disclosure of Code Systems' financial statements.

SO ORDERED.


S/ARTHUR J. TARNOW_____
Arthur J. Tarnow
United States District Judge

Dated:  June 3, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on June 3, 2008, by electronic and/or ordinary mail.

S/THERESA E. TAYLOR_____
Case Manager